IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CASE NO. 5-07-50051
GATEWAY ACCESS SOLUTIONS, INC. :
: CHAPTER 7
Debtor :
: JUDGE ROBERT N. OPEL II

## STIPULATION TO EXTEND ANSWER DATE
## ON CERTAIN OF TRUSTEE'S OBJECTIONS TO CLAIMS

1. On January 11, 2007, Gateway Access Solutions, Inc ("Gateway") filed a petition under Chapter 11 of the Bankruptcy Code.

2. Mark J. Conway, Esq, was appointed as Chapter 7 Trustee.

3. On August 28, 2009, the Trustee filed an omnibus objection to claims.

4. The deadline for filing an answer is 30 days from the date of mailing of the objections, August 27, 2009. Because the 30 days ends on a Saturday, the deadline is Monday, September 28, 2009.

5. The Trustee has been asked for an extension of time for filing a response to the objections of to certain of the claims.

6. The Trustee has agreed to grant the extension of time.

WHEREFORE, it is agreed that the following parties have an extension of time until October 15, 2009 to file a response to the Trustee's objections to claim:

Objection to Claim 21 – Robert S. Madia
Objection to Claim 22 – Michael Spadaccini
Objection to Claim 32 – Elpern & Associates
Objection to Claim 38 – Michael Spadaccini
Objection to Claim 41 – Joseph Quinn
Objection to Claim 42 – Gerald I Harman and Susan C. Harman
Objection to Claim 44 – David E. Claridge
Objection to Claim 46 – Acadia Systems, Inc.
Objection to Claim 48 – Frank J. Pelly, Jr.
Objection to Claim 49 – Helen Pelly
Objection to Claim 50 – Swan S. Stull
Objection to Claim 52 – Gary Semans
Objection to Claim 53 – Timothy Wawrzynowicz
Objection to Claim 54 – Elane (Elaine) and William J. Trantalis
Objection to Claim 55 – Billy & Reba Mullins
Objection to Claim 56 – Paul and Victoria Yoquelet
Objection to Claim 57 – Netrepid, Inc.
Objection to Claim 58 – Steven A. Lillmars
Objection to Claim 59 – Winncom Technologies Corp
Objection to Claim 60 – James M. Quarto
Objection to Claim 63 – Thomas L. Barrett
Objection to Claim 64 – David A. Baucon (Baucom)
Objection to Claim 65 – Gregory C. Fanelli
Objection to Claim 66 – W. Fred Hess
Objection to Claim 67 – David A. Kasputis
Objection to Claim 68 – Steven J. Marks
Objection to Claim 69 – John M. Parenti
Objection to Claim 70 – Judith Serra
Objection to Claim 71 – Thomas W. Wilson
Objection to Claim 72 – W. Fred Hess
Objection to Claim 73 – S. Mark Poler and Anne S. Poler
Objection to Claim 74 – S. Mark Poler
Objection to Claim 75 – Ronald E. Straight
Objection to Claim 76 – Charles Gorman
Objection to Claim 77 – Robert S. Madia
Objection to Claim 81 – S. Mark Poler

| | |
|---|---|
| */s/ Lisa M Doran* | */s/ Mark J. Conway* |
| Lisa M Doran, Esq | Mark J. Conway, Esq, Trustee |
| Doran, Nowalis & Doran | 502 S. Blakely St |
| 69 Public Square STE 700 | Dunmore, PA 18503 |
| Wilkes-Barre PA 18701 | 570-343-5350 |
| 570-823-9111 | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CASE NO. 5-07-50051 |
| GATEWAY ACCESS SOLUTIONS, INC. | : |
| | : CHAPTER 7 |
| Debtor | : |
| | : JUDGE ROBERT N. OPEL II |

**ORDER APPROVING STIPULATION
TO EXTEND ANSWER DATE ON
<u>CERTAIN OF TRUSTEE'S OBJECTIONS TO CLAIMS</u>**

Upon Stipulation filed to extend the answer date on the Trustees objections to claims, with respect to certain claimants whose claims are being objected to, it is

ORDERED that the Stipulation is approved.