IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CASE NO. 5-07-50051
GATEWAY ACCESS SOLUTIONS, INC. :
: CHAPTER 7
Debtor :
: JUDGE ROBERT N. OPEL II

ORDER APPROVING STIPULATION
TO EXTEND ANSWER DATE ON
CERTAIN OF TRUSTEE'S OBJECTIONS TO CLAIMS

Upon Stipulation filed to extend the answer date on the Trustees objections to claims, with respect to certain claimants whose claims are being objected to, it is

ORDERED that the Stipulation is approved.

_____
Robert N. Opel, II, Bankruptcy Judge (BC)

*This document is electronically signed and filed on the same date.*

Dated: September 25, 2009