IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Chapter 11
GATEWAY ACCESS SOLUTIONS, INC. :
: Case No. 05-07-50051RNO
:

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST**

Notice is hereby given that a Second and Final Application for Allowance of Fees as accountants for Debtor-In-Possession, has been filed by McGrail Merkel Quinn & Associates. The Application seeks the authority to pay the firm of McGrail Merkel Quinn & Associates the sum of $9,677.40 for its services rendered for the period of April 30, 2007 to September 24, 2007. A prior Order for payment of fees of $8,581.00 has been made in this case.

Any creditor or other party in interest desiring to object to, or otherwise be heard on the Application must file any objections and request for hearing, if desired, with the Clerk of the United States Bankruptcy Court for the Middle District of Pennsylvania, Wilkes-Barre, Pennsylvania, 18701, and serve copies thereof upon the Attorney for Debtor, Sheils Law Associates, P.C., at the address set forth below within twenty (20) days following the date of this Notice.

DATED: October 2, 2009

/s/ _____
Joseph J. Quinn, CPA
McGrail Merkel Quinn & Associates
Clay Avenue Professional Plaza
1173 Clay Avenue
Scranton, PA 18510
570-961-0345
570-961-8650 - Facsimile