— LAW OFFICES —
# MARK J. CONWAY
## A PROFESSIONAL CORPORATION

502 S. BLAKELY STREET
DUNMORE, PA 18512
TELEPHONE: (570) 343-5350
FAX: (570) 343-5377
WWW.MJCONWAYLAW.COM

303 EAST SHORE DR.
LAKE ARIEL, PA 18436
(570) 343-5350

May 5, 2011

Terrence S. Miller
<u>CLERK OF THE BANKRUPTCY COURT</u>
274 Max Rosenn US Courthouse
197 South Main Avenue
Wilkes-Barre, PA 18701

    RE:    **Gateway Access Solutions, Inc.**
           <u>**Case# 5-07-50051**</u>

Dear Mr. Miller:

The following is the breakdown of check number 10174, in the amount of $11,039.73, which will represent unclaimed dividends for the above referenced case:

    Claim #45S  PA Department of Labor & Industry. – Gabriele Roman, 40 East Main Street, Nanticoke, PA 18634        $6,557.67

    Claim #37    Press Enterrprises. –PO Box 7148, Bloomsburg, PA 17815        $307.03

    Claim #40    Elpern & Associates –4845 Turningleaf Way, Reno, NV 89519        $4,177.03

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Angela M. Saar, Paralegal

Enclosure